JOHN G. M. HILTON, Appellant, v. JOHN E. MACK and Another, as Trustees, etc., and Others, Respondents.— Motion by the defendants Maude S. Hilton and Madeline S. Gaston, individually and as guardian of the person and estate of Maude S. Hilton, an infant, for leave to appeal to the Court of Appeals on certified questions, or to have remittitur returned and amended so as to specifically set cause down for hearing before a Special Term to be selected by the Appellate Division. Motions denied. Hill, P. J., Crapser and Heffernan, JJ., concur; Bliss and Schenck, JJ., dissent.

JOSEPHINE WAYMAN, Respondent, v. RHEA FULDER, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 820.] The court certifies that in its opinion a question of law is involved which ought to be reviewed by the Court of Appeals. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Probate of the Last Will and Testament of FLORA J. ALLEN, Deceased. LENA DUNHAM and Others, Appellants; FLORENCE CLEMENT LAMPMAN and JEANNETTE D. KEYES, Contestants, Appellants; MONROE M. SWEETLAND, Executor, Proponent, Respondent; MASONIC LODGE OF GROTON, N. Y., No. 496; GEORGE DEVLIN, and HOME FOR THE AGED, GROTON, N. Y., Legatees, Respondents.— Motion for leave to appeal to the Court of Appeals granted. [See 257 App. Div. 718.] The court certifies that in its opinion a question of law is involved which ought to be reviewed by the Court of Appeals. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

ERNEST B. MORRIS and Others, Appellants, v. JOHN W. GARDNER, Respondent. — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See 257 App. Div. 727.] The court certifies that the following question of law has arisen which in its opinion ought to be reviewed by the Court of Appeals: " Does the complaint in this action state facts sufficient to constitute a cause of action?" Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

FRIEDA S. MILLER, as Industrial Commissioner of the State of New York, on Behalf of the STATE INSURANCE FUND, Appellant, v. EBENEZER C. TALBOT, Doing Business as LEONARDSVILLE SALES & EXCHANGE STABLE, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

ARTHUR OPPENHEIMER and ILSE OPPENHEIMER, nee WEDELL, Respondents, v. ANTON THOMAS and MARIA THOMAS, nee KESSEBOHM, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay vacated. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.